APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED | : | CIVIL ACTION |
| v. | : | |
| BRIAN SAPIENT aka BRIAN J. CUTLER | : | NO. |

ORDER

AND NOW, this _____ Day of _____, 200_, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Richard Winelander__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Alan L. Frank, Esquire | _[signature]_ | 1981 | 34414 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Alan L. Frank Law Associates, P.C., 8380 Old York Road, Suite 410, Elkins Park, PA 19027

Sworn and subscribed before me this 7th Day of May, 2007

_[signature]_
Notary Public

Sworn to and subscribed before me this _____ day of _____ 20__.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENISE A. WILK, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires April 8, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Richard Winelander, Esquire__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __2171__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| SEE ATTACHED | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| SEE ATTACHED | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* _____

(Applicant's Signature)

5/7/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Richard Winelander, Esquire
1005 North Calvert Street
Baltimore, MD 21202        410-576-7980

Sworn and subscribed before me this
7th Day of May, 2007

Notary Public

10/04

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENISE A. WILK, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires April 8, 2010

Court of Appeals of Maryland - 5/24/79
U.S. Customs Court - 5/30/79
U.S. District Court for the District of Maryland (Bar #00045) - 8/8/79
U.S. Court of International Trade - 5/1/81
U.S. Court of Appeals for the Fourth Circuit - 7/20/81
Supreme Court of the United States of America - 8/20/82
District of Columbia Court of Appeals (Bar #420697) - 10/18/89
U.S. Court of Appeals for the Third Circuit - 4/9/90
U.S. District Court for the District of Columbia - 3/1/93
U.S. Court of Appeals for the District of Columbia Circuit - 8/10/93
U.S. Court of Appeals for the Eleventh Circuit - 4/14/94 (lapsed 1n 1999)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED | : | CIVIL ACTION |
| v. | : | |
| BRIAN SAPIENT aka BRIAN J. CUTLER | : | NO. |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Richard Winelander, Esquire

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Richard Winelander, Esquire
1005 North Calvert Street
Baltimore, MD  21202

_____
Signature of Attorney

Alan L. Frank, Esquire
Name of Attorney

Plaintiff, Explorologist Limited
Name of Moving Party

5/7/07
Date