## SUMMONS IN A CIVIL ACTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XPLOROLOGIST LIMITED<br><br>v.<br><br>BRIAN SAPIENT aka BRIAN J. CUTLER | CIVIL ACTION NO. 07-1848<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Brian Sapient<br>a/k/a Brian J. Cutler<br>303 Warren Rd<br>Hatboro, Pa, 19040 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Alan L. Frank, Esq.
8380 Old York Road, Ste. 410
Elkins Park, PA 19027

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: 5/7/07 |
| (By) Deputy Clerk<br><br>PATRICIA A. JONES | |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 5-11-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scott Segal | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 303 Warren Road Hatboro, Pa, 19040 AT 2:46 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/07
             Date

Signature of Server

8380 Old York Rd
Elkins Park, Pa 19027

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.