LP

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

EXPLOROLOGIST LIMITED : CIVIL ACTION

MAY 14 2007

v.

BRIAN SAPIENT aka BRIAN J. MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk
NO. 07 1848

ORDER

AND NOW, this  10  Day of  May , 2007, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.