IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN SAPIENT a/k/a BRIAN J. CUTLER | : | NO. 07-1848 |

## **ORDER**

Pursuant to Federal Rules of Civil Procedure 16(b)(1)-(3) and 26(f), a **Preliminary Pretrial Conference** in this matter will be held on **July 18, 2007, at 11:40 a.m.** before the Honorable M. Faith Angell, United States Magistrate Judge, in Courtroom 7 (Court of Appeals Courtroom), Second Floor, Robert N. C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107.

Please report to my call box on the second floor before reporting to Courtroom 7.

It is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

Date: May 18, 2007

BY THE COURT:

   S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107

**Chambers of**
**M. FAITH ANGELL**                                              P:   (215) 597-6079
United States Magistrate Judge                                   F:   (215) 580-2165

### *FAX / MAIL COVER SHEET*

**CASE NO.**   07-1848                              **DISTRICT COURT JUDGE:** LHP

**TODAY'S DATE**:   May 18, 2007                    **LAW CLERK'S INITIALS**: LFS

**VIA FAX:**

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.   Alan L. Frank, Esq. | (215) 935-1110 |

**VIA MAIL:**

| **NAME:** | **ADDRESS:** |
|---|---|
| 1.   Richard Winelander, Esq. | 1005 North Calvert Street<br>Baltimore, MD 21202 |