IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPLOROLOGIST LIMITED | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 07-1848 |
| BRIAN SAPIENT a/k/a BRIAN J. CUTLER | : |

## *CERTIFICATE OF SERVICE*

I, Alan L. Frank, Esquire, hereby certify that on this 21st day of May, 2007, I served a true and correct copy of the Court Order dated May 18, 2007 upon the following via first class mail, postage prepaid:

Brian Sapient
a/k/a Brian J. Cutler
303 Warren Road
Hatboro, PA 19040
and
Jason Schultz, Esquire
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
and
Marcia Hofmann, Esquire (*pro hac vice* pending)
Electronic Frontier Foundation
1875 Connecticut Avenue, N.W., Suite 650
Washington, DC 20009

ALAN L. FRANK, ESQUIRE
Alan L. Frank Law Associates, P.C.
8380 Old York Road, Suite 410
Elkins Park, PA 19027
215.935.1000   Fax: 215.935.1110
E-mail: afrank@alflaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN SAPIENT a/k/a BRIAN J. CUTLER | : | NO. 07-1848 |

### ORDER

Pursuant to Federal Rules of Civil Procedure 16(b)(1)-(3) and 26(f), a **Preliminary Pretrial Conference** in this matter will be held on **July 18, 2007, at 11:40 a.m.** before the Honorable M. Faith Angell, United States Magistrate Judge, in Courtroom 7 (Court of Appeals Courtroom), Second Floor, Robert N. C. Nix, Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107.

Please report to my call box on the second floor before reporting to Courtroom 7.

It is the obligation of counsel for the plaintiff to serve a copy of this Order upon counsel for all of the defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

Date: May 18, 2007

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Date: 5-18-07
By Fax and/or Mail: See the Attached List