UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EXPLOROLOGIST LIMITED,** | : |
| Plaintiff, | : |
| v. | : **CIVIL ACTION** |
| **BRIAN SAPIENT,** | : No. 07-1848 |
| Defendant. | : |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance as counsel for Brian Sapient, Defendant in this matter.

Chad Cooper (Pa. I.D. No. 90067)
Samuel W. Silver (Pa. I.D. No. 56596)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2345; (215) 751-2309

*Attorneys for Defendant,*
*Brian Sapient*

Dated: May 30, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of May, 2007, a true and correct copy of the foregoing Entry of Appearance was served electronically, by way of the Court's electronic case filing system, and by First Class U.S. Mail, postage prepaid, addressed as follows:

Alan L. Frank
Alan L. Frank Law Associates PC
8380 Old York Road
Suite 410
Elkins Park, PA 19027

Richard Winelander
1005 North Calvert St
Baltimore, MD 21202

_____
Chad Cooper