IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __07-1848 LP__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Jason Schultz__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __#5752 CC329__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| __CA__ | __March 2001__ | __212600__ |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| __ND of CA__ | __November 2001__ | __212600__ |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| __U.S. Supreme Court__ | __February 2002__ | __212600__ |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| __8th Circuit__ | __November 2004__ | __212600__ |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Defendant in EXPLOROLOGIST v BRIAN SAPIENT__

(Applicant's Signature)

__6/1/07__
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
__Electronic Frontier Foundation 454 Shotwell Street__
__San Francisco, CA 94110__
__(415) 436-9333 x 112__

Sworn and subscribed before me this

___ Day of _____, 200___        *See attached*

Notary Public

10/04

# JURAT

State of California

County of ~San Francisco~

Subscribed and sworn to (or affirmed) before me on

this 1st day of June, 20 07,

by Jason Schultz

personally known to me ~or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.~

ALYSSA MARIE RALSTON
COMM. #1716333
Notary Public-California
SAN FRANCISCO COUNTY
My Comm. Exp. Jan 13, 2011

(seal)   Signature Alyssa Marie Ralston

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE
===

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Jason Schultz__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Samuel W. Silver | _[signature]_ | November 1989 | 56596 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schnader Harrison Segal & Lewis LLP

1600 Market Street, Suite 3600

Philadelphia, PA 19103    Tel.: 215-751-2309

Sworn and subscribed before me this
7th Day of June, 2007

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan P. Rose, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires July 11, 2010

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LTD | : | CIVIL ACTION |
| v. | : | |
| BRIAN SAPIENT AKA | : | |
| BRIAN J. CUTLER | : | NO.   07-1848 LP |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Jason Schultz

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

| | |
|---|---|
| Alan L. Frank | Richard Winelander |
| Alan L. Frank Law Associates PC | 1005 North Calvert St. |
| 8380 Old York Road | Baltimore, MD 21202 |
| Suite 410 | |
| Elkins Park, PA 19027 | |

_____
Signature of Attorney

Chad Cooper
Name of Attorney

Brian Sapient AKA Brian J. Cutler
Name of Moving Party

June 7, 2007
Date