APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LTD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN SAPIENT AKA BRIAN J. CUTLER | : | |
| | : | NO.   07-1848 LP |

ORDER

AND NOW, this        Day of            , 200  , it is hereby

ORDERED that the application of __Jason Schultz__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.

☐  DENIED.

_____
Honorable Louis H. Pollak    J.