Civil Action No# __07-1848 LP__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

**I. APPLICANT'S STATEMENT**

I, __Marcia Hofmann__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __#5749 CC329__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions.

| DC | November 2003 | 484136 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions.

| U.S. Court for D.C. | January 2004 | 484136 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Defendant in EXPLOROLOGIST v BRIAN SAPIENT__

__Marcia Hofmann__
(Applicant's Signature)

__June 5, 2007__
(Date)

**APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:**

Electronic Frontier Foundation
1875 Connecticut Ave, Suite 650
Washington DC 20009   (202) 460-8546

Sworn and subscribed before me this

__5__ Day of __June__ 200__7__

Notary Public Idris A. Mohammed
Notary Public District of Columbia
My Commission Expires 3/14/2010

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Marcia Hofmann___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Samuel W. Silver | [signature] | November 1989 | 56596 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schnader Harrison Segal & Lewis LLP

1600 Market Street, Suite 3600

Philadelphia, PA 19103   Tel. 215-751-2309

Sworn and subscribed before me this

7th Day of June, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan P. Rose, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires July 11, 2010

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LTD | : | CIVIL ACTION |
| v. | : | |
| BRIAN SAPIENT AKA<br>BRIAN J. CUTLER | : | NO. 07-1848 LP |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Marcia Hofmann  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Alan L. Frank
Alan L. Frank Law Associates PC
8380 Old York Road
Suite 410
Elkins Park, PA 19027

Richard Winelander
1005 North Calvert Street
Baltimore, MD 21202

_____
Signature of Attorney

  Chad Cooper  
Name of Attorney

Brian Sapient AKA Brian J. Cutler
Name of Moving Party

   June 7, 2007   
Date