IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __07-1848 LP__

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Kurt Opsahl__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __#5750 CC329__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| CA | December 1997 | 191303 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| ND of CA | December 1997 | 191303 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| CD of CA | December 1997 | 191303 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 9th Circuit | December 1997 | 191303 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Defendant in EXPLOROLOGIST v BRIAN SAPIENT__

(Applicant's Signature)

__6/1/07__
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
Electronic Frontier Foundation 454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333

Sworn and subscribed before me this
___ Day of _____, 200___          See attached

_____
Notary Public                                                10/04

# JURAT

State of California

County of __San Francisco__

Subscribed and sworn to (or affirmed) before me on

this __1st__ day of __June__, 20 __07__,

by __Kurt Opsahl__

personally known to me ~~or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me~~

ALYSSA MARIE RALSTON
COMM. #1716333
Notary Public-California
SAN FRANCISCO COUNTY
My Comm. Exp. Jan 13, 2011

(seal)    Signature __Alyssa Marie Ralston__

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Kurt Opsahl__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Samuel W. Silver | [signature] | November 1989 | 56596 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schnader Harrison Segal & Lewis LLP

1600 Market Street, Suite 3600

Philadelphia, PA 19103        Tel. 215-751-2309

Sworn and subscribed before me this

__7th__ Day of __June__, 200_7_

__[signature]__
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan P. Rose, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires July 11, 2010

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPLOROLOGIST LTD : CIVIL ACTION
:
v. :
:
BRIAN SAPIENT AKA :
BRIAN J. CUTLER : NO. 07-1848 LP

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Kurt Opsahl_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

| Alan L. Frank | Richard Winelander |
| Alan L. Frank Law Associates, PC | 1005 North Calvert St. |
| 8380 Old York Road | Baltimore, MD 21202 |
| Suite 410 | |
| Elkins Park, PA 19027 | |

_____
Signature of Attorney

____Chad Cooper____
Name of Attorney

__Brian Sapient AKA Brian J.__ Cutler
Name of Moving Party

June 7, 2007
Date