APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LTD | : | CIVIL ACTION |
| v. | : | |
| BRIAN SAPIENT AKA BRIAN J. CUTLER | : | NO. 07-1848 LP |

ORDER

AND NOW, this _____ Day of _____, 200_, it is hereby

ORDERED that the application of __Kurt Opsahl__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
Honorable Louis H. Pollak   J.