EXPLOROLOGIST LIMITED V. SAPIENT                                                                                              Doc. 15
Case 2:07-cv-01848-LP   Document 15     Filed 06/07/2007   Page 1 of 5
Case 2:07-cv-01848-LP   Document 11-2   Filed 06/07/2007   Page 1 of 1

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LTD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| BRIAN SAPIENT AKA | : | |
| BRIAN J. CUTLER | : | NO. 07-1848 LP |

ORDER

AND NOW, this          Day of                  , 200  , it is hereby

ORDERED that the application of  Corynne McSherry    , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
Honorable Louis H. Pollak    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __07-1848 LP__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Corynne McSherry__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __#5745__, for the $40.00 admission fee.

CC329

A. I state that I am currently admitted to practice in the following state jurisdictions:

| CA | December 2002 | 221504 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| ND of CA | December 2002 | 221504 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 9th Circuit | December 2002 | 221504 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

FILED
MICHAEL E. KUNZ, Clerk

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Defendant in EXPLOROLOGIST v BRIAN SAPIENT__

(Applicant's Signature)

__June 1, 2007__
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Electronic Frontier Foundation 454 Shotwell Street

San Francisco CA 94110

(415) 436-9333

Sworn and subscribed before me this

___ Day of _____, 200___    See attached

_____
Notary Public

10/04

# JURAT

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on

this 1st day of June, 20 07,

by Corynne McSherry

personally known to me ~~or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me~~.

[Notary seal: ALYSSA MARIE RALSTON, COMM. #1716333, Notary Public-California, SAN FRANCISCO COUNTY, My Comm. Exp. Jan 13, 2011]

(seal)    Signature Alyssa Marie Ralston

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Corynne McSherry__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Samuel W. Silver | _[signature]_ | November 1989 | 56596 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schnader Harrison Segal & Lewis LLP

1600 Market Street, Suite 3600

Philadelphia, PA 19103    Tel. 215-751-2309

FILED

JUN 7 2007

MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

Sworn and subscribed before me this

7th Day of June, 2007

_[signature]_ Susan P. Rose
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan P. Rose, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires July 11, 2010
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LTD | : | CIVIL ACTION |
| v. | : | |
| BRIAN SAPIENT AKA | : | |
| BRIAN J. CUTLER | : | NO. 07-1848 LP |

FILED
JUN 7 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Corynne McSherry__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

| | |
|---|---|
| Alan L. Frank | Richard Winelander |
| Alan L. Frank Law Associates PC | 1005 North Calvert St. |
| 8380 Old York Road | Baltimore, MD 21202 |
| Suite 410 | |
| Elkins Park, PA 19027 | |

_____
Signature of Attorney

__Chad Cooper__
Name of Attorney

Brian Sapient AKA Brian J. Cutler
Name of Moving Party

June 7, 2007
Date