EXPLOROLOGIST LIMITED v. SAPIENT                                                                Doc. 17

Case 2:07-cv-01848-LP    Document 17    Filed 06/07/2007    Page 1 of 4
Case 2:07-cv-01848-LP    Document 13-2   Filed 06/07/2007    Page 1 of 1

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | CIVIL ACTION |
|---|---|---|
| EXPLOROLOGIST LTD | : | |
| v. | : | |
| BRIAN SAPIENT AKA | : | |
| BRIAN J. CUTLER | : | NO. 07-1848 LP |

ORDER

AND NOW, this _____ Day of _____, 200_, it is hereby

ORDERED that the application of __Marcia Hofmann__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

$40 paid

Civil Action No# __07-1848 LP__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

## I. APPLICANT'S STATEMENT

I, __Marcia Hofmann__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __#5749 CC329__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions.

__DC__ __November 2003__ __484136__
(State where admitted) (Admission date) (Attorney Identification Number)

___ ___ ___
(State where admitted) (Admission date) (Attorney Identification Number)

___ ___ ___
(State where admitted) (Admission date) (Attorney Identification Number)

B. I state that I am currently admitted to practice in the following federal jurisdictions.

__U.S. Court for D.C.__ __January 2004__ __484136__
(Court where admitted) (Admission date) (Attorney Identification Number)

___ ___ ___
(Court where admitted) (Admission date) (Attorney Identification Number)

___ ___ ___
(Court where admitted) (Admission date) (Attorney Identification Number)

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Defendant in EXPLOROLOGIST v BRIAN SAPIENT__

_Marcia Hofmann_
(Applicant's Signature)

__June 5, 2007__
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

__Electronic Frontier Foundation__
__1875 Connecticut Ave, Suite 650__
__Washington DC 20009  (202) 460-8546__

Sworn and subscribed before me this

__5__ Day of __June__ 200__7__

_signature_

Notary Public Idris A. Mohammed
Notary Public District of Columbia
My Commission Expires 3/14/2010

FILED
JUN 2007
MICHAEL E. KUNZ, Clerk
___ Dep. Clerk

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Marcia Hofmann__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Samuel W. Silver | _[signature]_ | November 1989 | 56596 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schnader Harrison Segal & Lewis LLP

1600 Market Street, Suite 3600

Philadelphia, PA 19103    Tel. 215-751-2309

FILED

JUN 7 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Sworn and subscribed before me this

7th Day of June, 2007

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan P. Rose, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires July 11, 2010

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPLOROLOGIST LTD : CIVIL ACTION
:
v. :
:
BRIAN SAPIENT AKA :
BRIAN J. CUTLER : NO. 07-1848 LP

**FILED**

JUN 7 2007

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Marcia Hofmann__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

| Alan L. Frank | Richard Winelander |
|---|---|
| Alan L. Frank Law Associates PC | 1005 North Calvert Street |
| 8380 Old York Road | Baltimore, MD 21202 |
| Suite 410 | |
| Elkins Park, PA 19027 | |

_____
Signature of Attorney

__Chad Cooper__
Name of Attorney

__Brian Sapient AKA Brian J. Cutler__
Name of Moving Party

__June 7, 2007__
Date