UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPLOROLOGIST LIMITED,<br><br>                Plaintiff,<br><br>v.<br><br>BRIAN SAPIENT aka BRIAN J. CUTLER,<br><br>                Defendant. | Civil Action No. 2:07-cv-01848-LP<br><br><br>The Honorable<br>Louis H. Pollak |

**ORDER**

**AND NOW**, this _____ day of _____, 2007, upon consideration of the Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the response thereto, and any replies thereon, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

                                                            **BY THE COURT:**

                                                            _____