UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED, | ) | Civil Action No. 2:07-cv-01848-LP |
| Plaintiff, | ) | |
| v. | ) | The Honorable Louis H. Pollak |
| BRIAN SAPIENT aka BRIAN J. CUTLER, | ) | |
| Defendant. | ) | |

### REQUEST FOR ORAL ARGUMENT

Defendant respectfully requests oral argument on its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), electronically filed on June 11, 2007.

Respectfully submitted,

Samuel W. Silver (Pa. I.D. No. 56596)
Chad Cooper (Pa. I.D. No. 90067)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2309; (215) 751-2269

*Attorneys for Defendant,*
*Brian Sapient*

Dated: June 11, 2007