## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPLOROLOGIST LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN SAPIENT aka BRIAN J. CUTLER, <br><br> Defendant. | Civil Action No. 2:07-cv-01848-LP <br><br> The Honorable <br> Louis H. Pollak |

### REQUEST FOR JUDICIAL NOTICE
### IN SUPPORT OF DEFENDANT BRIAN SAPIENT'S
### MOTION TO DISMISS

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant respectfully moves this Court to take Judicial Notice of certain materials in support of Defendant's motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The reasons for this Request are set forth in the accompanying memorandum of law.

Respectfully submitted,

Chad Cooper (Pa. I.D. No. 90067)
Samuel W. Silver (Pa. I.D. No. 56596)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2269; (215) 751-2309

*Attorneys for Defendant,*
*Brian Sapient*

Dated: June 11, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of June, 2007, a true and correct copy of the foregoing Request for Judicial Notice in Support of Defendant Brian Sapient's Motion to Dismiss was served electronically, by way of the Court's electronic case filing system, and by First Class U.S. Mail, postage prepaid, addressed as follows:

> Alan L. Frank
> Alan L. Frank Law Associates PC
> 8380 Old York Road
> Suite 410
> Elkins Park, PA 19027
>
> Richard Winelander
> 1005 North Calvert St
> Baltimore, MD 21202

_____
Chad Cooper