UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPLOROLOGIST LIMITED,               ) | Civil Action No. 2:07-cv-01848-LP |
|                         ) | |
|             Plaintiff,  ) | |
|                         ) | |
| v.                      ) | The Honorable |
|                         ) | Louis H. Pollak |
| BRIAN SAPIENT aka BRIAN J. CUTLER,   ) | |
|                         ) | |
|             Defendant.  ) | |

## ORDER

**AND NOW**, this _____ day of _____, 2007, upon consideration of the Request for Judicial Notice in Support of Defendant Brian Sapient's Motion to Dismiss, the response thereto, and any replies thereon, it is hereby **ORDERED** that the Request is **GRANTED**.

**BY THE COURT:**

_____