# EXHIBIT A

# (VIDEOTAPE – NOT FILED ELECTRONICALLY)

Dockets.Justia.com

# EXHIBIT B

NOVA Online | Teachers | Program Overview | Secrets of the Psychics | PBS          06/05/2007 12:12 PM





Back to Teachers Home

## Secrets of the Psychics

### Program Overview

Can psychics predict the future? Many people seem to think so. Others argue that, in most cases, so-called psychic experiences are really misinterpretations of events. In this episode of NOVA, magician and confirmed skeptic James Randi challenges viewers to weigh the evidence for and against the existence of psychic phenomena.

Randi argues that successful psychics depend on the willingness of their audiences to believe that what they see is the result of psychic powers. The program highlights some of the methods and processes he uses to examine psychics' claims. Using his own expertise in creating deception and illusion, Randi challenges specific psychics' claims by duplicating their performances and "feats," or by applying scientific methods. His goal is to eliminate all possible alternative explanations for the psychic phenomena. He also looks for evidence that they are not merely coincidental. His arguments can motivate your class to discuss the differences between psychic performances and legitimate cases of unexplained phenomena.

TEACHER'S GUIDE
Secrets of the Psychics



Original broadcast:
October 19, 1993



NOVA Home | Teachers Home | TV Schedule | E-Mail Bulletin | Help | Shop NOVA
Teacher's Guide by Title | by Subject | Transcripts | Credits | Site Map
PBS Teachers

© | Updated January 2007

# EXHIBIT C

Case 2:07-cv-01848-LP    Document 20-4    Filed 06/11/2007    Page 4 of 5

U.S. Copyright Office - Search Records Results                                  06/06/2007 02:13 PM

 Search Records Results

(Combined Search)
**Search For:** TITL/SECRETS OF THE PSYCHICS
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

|   |   |
|---|---|
| 1. Registration Number: | PA-672-598 |
| Title: | NOVA : no. 2012, Secrets of the psychics / a production of the aWGBH Science Unit in association with aBBC-TV, aNBR International, and aSBS Australia. |
| Description: | Videocassette ; 3/4 in. |
| Claimant: | acWGBH Educational Foundation (employer for hire) |
| Created: | 1993 |
| Published: | 19Oct93 |
| Registered: | 26Nov93 |
| Previous Related Version: | Stock footage, visual arts & music preexisting. |
| Claim Limit: | NEW MATTER: all other cinematographic material & composed music. |
| Special Codes: | 4/X/L |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000