EXPLOROLOGIST LIMITED V. SAPIENT                                                          Doc. 22

Case 2:07-cv-01848-LP     Document 22     Filed 06/12/2007     Page 1 of 1
Case 2:07-cv-01848-LP     Document 11-2   Filed 06/07/2007     Page 1 of 1

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPLOROLOGIST LTD          :          CIVIL ACTION
     v.                :
BRIAN SAPIENT AKA          :
BRIAN J. CUTLER            :          NO. 07-1848 LP

**FILED**

JUN 1 2 2007

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW, this *12* Day of *Jun*, 2007, it is hereby

ORDERED that the application of <u>Corynne McSherry</u>, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
Honorable Louis H. Pollak    J.

Dockets.Justia.com