EXPLOROLOGIST LIMITED V. SAPIENT                                                                                              Doc. 23
Case 2:07-cv-01848-LP   Document 23   Filed 06/12/2007   Page 1 of 1
Case 2:07-cv-01848-LP   Document 12-2   Filed 06/07/2007   Page 1 of 1

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPLOROLOGIST LTD : CIVIL ACTION
:
v. :
:
BRIAN SAPIENT AKA BRIAN J. CUTLER :
: NO.   07-1848 LP

**FILED**

JUN 1 2 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 12 Day of June, 2007, it is hereby

ORDERED that the application of __Jason Schultz__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Honorable Louis H. Pollak    J.