UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EXPLOROLOGIST LIMITED,** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| **BRIAN SAPIENT,** | : No. 07-1848 |
| Defendant. | : |

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as counsel for Brian Sapient, Defendant in this matter.

/s/ Samuel W. Silver
Samuel W. Silver (Pa. I.D. No. 56596)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
(215) 751-2309

*Attorney for Defendant,
Brian Sapient*

Dated:  June 13, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of June, 2007, a true and correct copy of the foregoing Entry of Appearance was served electronically, by way of the Court's electronic case filing system, and by First Class U.S. Mail, postage prepaid, addressed as follows:

>Alan L. Frank
>Alan L. Frank Law Associates PC
>8380 Old York Road
>Suite 410
>Elkins Park, PA 19027
>
>Richard Winelander
>1005 North Calvert St
>Baltimore, MD 21202
>
>
>/s/ Chad Cooper
>Chad Cooper