EXPLOROLOGIST LIMITED v. SAPIENT                                                                Doc. 25

Case 2:07-cv-01848-LP   Document 25   Filed 06/14/2007   Page 1 of 1
Case 2:07-cv-01848-LP   Document 13-2   Filed 06/07/2007   Page 1 of 1

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LTD | : | CIVIL ACTION |
| v. | : | |
| BRIAN SAPIENT AKA | : | |
| BRIAN J. CUTLER | : | NO. 07-1848 LP |

FILED
JUN 14 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Cler'

ORDER

AND NOW, this 12 Day of June, 2007, it is hereby

ORDERED that the application of __Marcia Hofmann__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.