**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EXPLOROLOGIST LIMITED )<br>1 Lumley Street London )<br>United Kingdom W1K 6TT )<br>　　　　　　　　Plaintiff )<br>v. )<br>　　　　　　　　　　　　　　　)<br>BRIAN SAPIENT )<br>aka BRIAN J. CUTLER )<br>303 Warren Road )<br>Hatsboro, PA. 19140 )<br>　　　　　　　　Defendant ) | **CIVIL ACTION**<br><br>**No. 07-1848** |

# ORDER

**AND NOW**, this _____ day of _____, 2007, upon consideration of the Defendant's Motion to Dismiss, and the opposition of the Plaintiff, it is hereby **ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT**

　　　　　　　　　　　　　　　　　　　　　　　_____

*Richard Winelander Esq.*
1005 North Calvert Street
Baltimore, MD 21202
410-576-7980

1

Dockets.Justia.com