# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPLOROLOGIST LIMITED, ) | Civil Action No. 2:07-cv-01848-LP |
| Plaintiff, ) | |
| v. ) | The Honorable |
| BRIAN SAPIENT aka BRIAN J. CUTLER, ) | Louis H. Pollak |
| Defendant. ) | |

## DEFENDANT'S UNCONTESTED MOTION
## FOR LEAVE
## TO FILE A REPLY BRIEF

On June 11, 2007, Defendant Brian Sapient moved to dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). On June 28, 2007, Plaintiff Explorologist filed a response in opposition to Sapient's motion. Pursuant to Local Rule 7.1(c) and this Court's Policies and Procedures, Sapient now respectfully moves that this Court allow him to file a reply brief to respond to the arguments raised in Explorologist's papers. The Reply Brief is attached as Exhibit A.

Respectfully submitted,

/s/ Chad Cooper
Samuel W. Silver (Pa. I.D. No. 56596)
Chad Cooper (Pa. I.D. No. 90067)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2269; (215) 751-2309

        Corynne McSherry (admitted *pro hac vice*)
        Kurt Opsahl (admitted *pro hac vice*)
        Jason Schultz (admitted *pro hac vice*)
        ELECTRONIC FRONTIER FOUNDATION
        454 SHOTWELL ST.
        SAN FRANCISCO, CA 94110
        415-436-9333
        Fax: 415-436-9993

        Marcia Hofmann (admitted *pro hac vice*)
        ELECTRONIC FRONTIER FOUNDATION
        1875 CONNECTICUT AVE SUITE 650
        WASHINGTON, DC 20009
        202-797-9009
        Fax: 202-797-9066


        *Attorneys for Defendant,*
        *Brian Sapient*

Dated: July 9, 2007

## **CERTIFICATE OF CONCURRENCE**

On June 29, 2007, I spoke with Richard Winelander, attorney for Plaintiff, and he gave his concurrence to Defendant's filing of this Motion. He has no objection to Defendant filing a reply brief in this matter.

/s/ Samuel W. Silver (with permission)
Samuel W. Silver

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of July, 2007, a true and correct copy of the foregoing Defendant's Motion for Leave to File a Reply Brief was served electronically, by way of the Court's electronic case filing system, and by First Class U.S. Mail, postage prepaid, addressed as follows:

> Alan L. Frank
> Alan L. Frank Law Associates PC
> 8380 Old York Road
> Suite 410
> Elkins Park, PA 19027
>
> Richard Winelander
> 1005 North Calvert St
> Baltimore, MD 21202

> /s/ Chad Cooper
> Chad Cooper