UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EXPLOROLOGIST LIMITED, | ) | Civil Action No. 2:07-cv-01848-LP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | The Honorable<br>Louis H. Pollak |
| BRIAN SAPIENT aka BRIAN J. CUTLER, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Defendant's Motion for Leave to File a Reply Brief, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Defendant shall file a reply brief on or before July 9, 2007.

BY THE COURT:

_____
Louis H. Pollak, J.