IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN SAPIENT a/k/a BRIAN J. CUTLER | : | NO. 07-1848 |

## ORDER

AND NOW, this 18th day of July, 2007, after conducting a Rule 16 Preliminary Pretrial Conference with counsel in the above-captioned action, it is hereby **ORDERED** that:

1. This matter shall be STAYED until **September 17, 2007**, pending the resolution of Defendant's Motion to Dismiss.

2. A **Telephone Status Conference** is scheduled for **September 20, 2007**, at **2:00 p.m.** to determine the status of the case and how best to proceed towards its resolution. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:


S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107

| | |
|---|---|
| **Chambers of** | |
| **M. FAITH ANGELL** | P:   (215) 597-6079 |
| **United States Magistrate Judge** | F:   (215) 580-2165 |

*FAX / MAIL COVER SHEET*

| | |
|---|---|
| **CASE NO.**   07-1848 | **DISTRICT COURT JUDGE:** LHP |
| **TODAY'S DATE**:   July 18, 2007 | **LAW CLERK'S INITIALS**: LFS |

**VIA FAX:**

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.   Alan L. Frank, Esq. | (215) 935-1110 |
| 2.   Richard Winelander, Esq. | (410) 385-2023 |
| 3.   Corynne McSherry, Esq.<br>Jason Schultz, Esq.<br>Kurt Opsahl, Esq. | (415) 436-9993 |
| 4.   Marcia Hofmann, Esq. | (202) 797-9066 |
| 5.   Samuel W. Silver, Esq.<br>Chad Cooper, Esq. | (215) 751-2205 |