

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPLOROLOGIST LIMITED,
               Plaintiff,

v.

BRIAN SAPIENT aka BRIAN J. CUTLER
               Defendant.

Civil Action No. 07-1848

**FILED**
JUL 18 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 17 day of July, 2007, upon consideration of defendant's Motion for Leave to File a Reply Brief, it is hereby ORDERED that defendant's motion is GRANTED, and it is FURTHER ORDERED that the reply memorandum is deemed filed as of this date.

                                BY THE COURT:

                                _____
                                Pollak, J.