IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN SAPIENT a/k/a BRIAN J. CUTLER | : | NO. 07-1848 |

## **ORDER**

AND NOW, this 19th day of September, 2007, upon consideration of correspondence to the Court from Defendants' counsel dated September 18, 2007, it is hereby **ORDERED** that the **Telephone Status Conference** which was scheduled for September 20, 2007, is CONTINUED, and it will now take place on **November 5, 2007**, at **2:00 p.m.** to determine the status of the case and how best to proceed towards its resolution. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
211 Robert N. C. Nix, Sr. Federal Building
900 Market Street
PHILADELPHIA, PENNSYLVANIA  19107

| | |
|---|---|
| **Chambers of**<br>**M. FAITH ANGELL**<br>**United States Magistrate Judge** | **P:   (215) 597-6079**<br>**F:   (215) 580-2165** |

*FAX / MAIL COVER SHEET*

| | |
|---|---|
| **CASE NO.**   07-1848 | **DISTRICT COURT JUDGE:**LHP |
| **TODAY'S DATE**:   September 19, 2007 | **LAW CLERK'S INITIALS**:LFS |

**VIA FAX:**

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.   Alan L. Frank, Esq. | (215) 935-1110 |
| 2.   Richard Winelander, Esq. | (410) 385-2023 |
| 3.   Corynne McSherry, Esq.<br>     Jason Schultz, Esq.<br>     Kurt Opsahl, Esq. | (415) 436-9993 |
| 4.   Marcia Hofmann, Esq. | (202) 797-9066 |
| 5.   Samuel W. Silver, Esq.<br>     Chad Cooper, Esq. | (215) 751-2205 |