## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPLOROLOGIST LIMITED, | Civil Action No. 2:07-cv-01848-LP |
| Plaintiff, | |
| v. | The Honorable Louis H. Pollak |
| BRIAN SAPIENT aka BRIAN J. CUTLER, | |
| Defendant. | |

### NOTICE OF CHANGE OF ADDRESS

Marcia Hofmann, co-counsel for Defendant Brian Sapient, hereby gives notice to the Court and Plaintiff Explorologist Limited that her office address and telephone number have changed. Her new contact information is as follows:

Marcia Hofmann
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
marcia@eff.org

The addresses and telephone numbers of co-counsel for Defendant Brian Sapient remain unchanged.

Respectfully submitted,

/s/ Chad Cooper
Samuel W. Silver (Pa. I.D. No. 56596)
Chad Cooper (Pa. I.D. No. 90067)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600

        Philadelphia, PA  19103-7286
        (215) 751-2309; (215) 751-2269

        Corynne McSherry (admitted *pro hac vice*)
        Kurt Opsahl (admitted *pro hac vice*)
        Jason Schultz (admitted *pro hac vice*)
        Marcia Hofmann (admitted *pro hac vice*)
        ELECTRONIC FRONTIER FOUNDATION
        454 SHOTWELL ST.
        SAN FRANCISCO, CA 94110
        415-436-9333
        Fax: 415-436-9993


        *Attorneys for Defendant,*
        *Brian Sapient*

Dated:  September 20, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of September, 2007, a true and correct copy of the foregoing Notice of Change of Address was served electronically, by way of the Court's electronic case filing system, and by First Class U.S. Mail, postage prepaid, addressed as follows:

>Alan L. Frank
>Alan L. Frank Law Associates PC
>8380 Old York Road
>Suite 410
>Elkins Park, PA 19027
>
>Richard Winelander
>1005 North Calvert St
>Baltimore, MD 21202
>
>
>/s/ Chad Cooper
>Chad Cooper