IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPLOROLOGIST LIMITED | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN SAPIENT | : | NO. 07-1848 |

**O R D E R**

AND NOW, this 11th day of October, 2007, it is

**ORDERED** that oral argument on defendant's motion to dismiss will be held on **Wednesday, October 24, 2007 at 2:15 p.m.** in Courtroom 16-B, 16th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

Copies sent by email on 10/11/07 to:
  Alan L. Frank, Esq.
  Chad Cooper, Esq.
  Corynne McSherry, Esq.
  Jason Schultz, Esq.
  Kurt Opsahl, Esq.
  Marcia Hofmann, Esq.
  Richard Winelander, Esq.
  Samuel W. Silver, Esq.

ATTEST:                                                          or     BY THE COURT

   /s/ Donna M. Bozzelli
BY: Donna M. Bozzelli                                               Louis H. Pollak
    Deputy Clerk                                                         Judge

Civ 12 (9/83)